IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Dimitrious Pierre David, #58431-004, | ) | |
| a/k/a Corey Tyrone Shinhoster, | ) | |
| | ) | C.A. No. 6:15-2109-HMH-KFM |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **OPINION & ORDER** |
| | ) | |
| Warden Travis Bragg, FCI-Bennettsville, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Dimitrious Pierre David's ("David") motion for reconsideration of this court's August 17, 2015 order adopting the Report and Recommendation of Magistrate Judge Kevin F. McDonald that David's 28 U.S.C. § 2241 petition be dismissed. David submits that he did not receive Judge McDonald's Report and Recommendation, leaving him unable to file his objections, and asks the court to reconsider its order to allow him to file his objections. (Mot. Reconsider, ECF No. 25.)

David's motion to reconsider is granted and the Clerk's Office is ordered to mail David a copy of the Report and Recommendation and the Objection Notice. David has fourteen (14) days from the date of service of the Report and Recommendation to file any objections to it. The two previous orders adopting the Report and Recommendation and dismissing the case, dated June 18, 2015 and August 17, 2015, are vacated.

It is therefore

**ORDERED** that David's motion for reconsideration, docket number 25, is granted.  It is further

**ORDERED** that the two previous orders adopting the Report and Recommendation and dismissing the case, dated June 18, 2015 and August 17, 2015, docket numbers 12 and 22, are vacated.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
Senior United States District Judge

Greenville, South Carolina
September 3, 2015